**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Y.L.,

*Petitioner*,

v.

KENNETH GENALO, *et al.,*

*Respondents*.

Civil Action No. 26-807

~~**[PROPOSED]**~~ **ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM**

Upon consideration of Petitioner's Motion for Leave to Proceed Under Pseudonym and for good cause shown, the motion is GRANTED. It is hereby ORDERED that Petitioner is given leave to proceed under the pseudonym Y.L.

It is so **ORDERED.**

Entered on __January 30__, 2026 at __9:50__ a.m./~~p.m.~~

_____
United States District Court Judge