UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------X
                                      :
Y.L.,                                 :
                                      :
                      Petitioner,     :      26cv807 (DLC)
                                      :
          -v-                         :      MEMORANDUM
                                      :      OPINION AND
KENNETH GENALO, et al.,               :      ORDER
                                      :
                      Respondents.    :
                                      :
--------------------------------------X

DENISE COTE, District Judge:

On January 29, 2026, Y.L., who was detained by immigration authorities earlier that day, petitioned for a writ of habeas corpus under 28 U.S.C. § 2241. A January 30, 2026 Order scheduled a conference for February 3 and directed the parties to submit a joint letter by February 2 at 12:00 p.m., addressing, among other things, whether there is any basis to distinguish this case from Huang v. Almodovar, No. 26cv551 (DLC), 2026 WL 205656 (S.D.N.Y. Jan. 27, 2026), and, if not, whether respondents would consent to issuance of the writ -- subject to preservation of respondents' arguments for appeal.

On February 2, the parties filed their joint letter. That letter states that "the parties agree that the scheduled conference and full briefing is not necessary in this case given the Court's prior decision in Huang, and the Court can decide

this matter based on this submission." More specifically, respondents concede that "the facts of this case are not materially distinguishable from Huang" and that "the Court's decision in Huang would control the result in this case if the Court adheres to that decision." The Court adheres to its decision in Huang. Accordingly, it is hereby

ORDERED that the petition for a writ of habeas corpus is granted.

IT IS FURTHER ORDERED that respondents shall release petitioner from custody forthwith and file certification of their compliance with the Court's Order on the docket of this case no later than **5:00 p.m.** on **February 3, 2026**. The conference scheduled for February 3 is hereby canceled as moot, and the Clerk of Court is directed to close this case.

Dated:    New York, New York
          February 2, 2026

                              _____
                                     DENISE COTE
                              United States District Judge

2