**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Y.L.,

                                    Petitioner,

                    -against-                                         26 **CIVIL** 807 (DLC)

                                                                     **JUDGMENT**

KENNETH GENALO, et al.,

                                    Respondents.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated February 2, 2026, Y.L.'s petition for

a writ of habeas corpus is granted; accordingly, the case is closed.

**Dated:**  New York, New York

        February 4, 2026

                                              **TAMMI M. HELLWIG**
                                    _____
                                              **Clerk of Court**


                              **BY:**        K. mango
                                    _____
                                              **Deputy Clerk**